### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

---

In Re: Angela Marie Lancia

BK No. 1:16−bk−10157

Debtor(s)

Chapter 7

---

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS
#### filed by Debtor

On 2/12/2016 the debtor(s) filed a Motion to Extend Time until 2/23/2016 . It is hereby **ORDERED** that the Motion to Extend Time is **GRANTED** to 2/23/2016 to file missing documents . Failure to timely file the missing documents or seek a further extension of time will result in the automatic dismissal of the bankruptcy case without further notice.

*So Ordered:*

/s/ Diane Finkle
**U.S. Bankruptcy Court Judge**

Date: **2/12/16**

Entered on Docket: **2/12/16**
Document Number: **10 − 9**

193.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*