United States Bankruptcy Court
District of Rhode Island

In re:                                                          Case No. 16-10157-DF
Angela Marie Lancia                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1        User: chris          Page 1 of 1          Date Rcvd: May 10, 2016
                           Form ID: 824a         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2016.
db              +Angela Marie Lancia,    91 Brookfield Boulevard,    Warwick, RI 02888-3639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2016 at the address(es) listed below:
        Carleen N. T. Aubee   on behalf of Debtor Angela Marie Lancia AubeeEsq@gmail.com
        Charles A. Pisaturo, Jr.   cpisaturo@earthlink.net,
         RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com
        Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
        Tatyana P. Tabachnik   on behalf of Creditor   Wells Fargo Bank, N.A. ribk@harmonlaw.com,
         ttabachnik@ecf.courtdrive.com
                                                                          TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

---

In Re: Angela Marie Lancia

Debtor(s)

BK No. 1:16–bk–10157

Chapter 7

---

### FINAL NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE A CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE CERTIFICATE (FORM 423)

Pursuant to Fed.R.Bankr.P. 1007(c), the Certification about a Financial Management Course Certificate (Official Form 423) was due within 60 days after the date first set for the meeting of creditors in a Chapter 7 case. The 60 day deadline expired on 5/9/2016 without Angela Marie Lancia having filed Form 423 with the court.

Pursuant to LBR 4004–1, please take notice that this bankruptcy case will be closed by the clerk without entry of discharge unless Form 423, the Certification about a Financial Management Course Certificate, is filed within 14 days of this notice, no later than 5/24/2016 . Once closed, Angela Marie Lancia will be required to pay a reopening fee in order to later file the required certificate and seek the issuance of a discharge order.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **5/10/16**

Entered on Docket: **5/10/16**
Document Number: **27**

824a.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*